**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00231-CV**
_____

**SIMEON LEVI QUEEN, Appellant**

**V.**

**JAYNA LYNETTE PARKER, Appellee**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-234,922**

_____

**ORDER**

On October 12, 2020, Simeon Levi Queen, appellant, filed a notice of appeal from the trial court's judgment signed on September 11, 2020. The appellate record was due on January 11, 2021, but as of this date has not been filed. On February 24, 2021, appellant filed a statement of inability to afford payment of court costs in the appellate court. He also filed a combined motion to proceed as a pauper and a motion to stay enforcement of the trial court's judgment.

1

A judgment debtor may supersede the judgment by filing a bond or other security with the trial court. *See* Tex. R. App. P. 24.1. The trial court has continuing jurisdiction to order the amount and type of security. *See* Tex. R. App. P. 24.3. Appellant has not shown that he followed the appropriate procedure to supersede the judgment. Appellant's motion to stay is denied.

We abate this appeal and remand the cause to the trial court for a determination of appellant's ability to afford payment of court costs under Rule 145 of the Texas Rules of Civil Procedure. *See* Tex. R. Civ. P. 145. The trial court may direct the appellant to correct or clarify the statement of inability to afford payment of court costs. *See* Tex. R. Civ. P. 145(d). Any motion to require appellant to pay costs or to require appellant to prove his inability to afford costs must be filed in the trial court by the appropriate party in accordance with Rule 145. *See id*. R. 145(f)(1)-(4). If necessary, the trial court shall conduct a hearing and make appropriate orders. *See id*. R. 145(f)(5)-(7). Any documents filed and orders signed pursuant to Rule 145 shall be forwarded to this Court for filing as a supplemental record no later than March 16, 2021. Alternatively, a party, the trial court clerk, or the court reporter may file a status report informing this Court that additional time is needed for a determination under Rule 145. In the absence of a request for additional time, this appeal will automatically reinstate on March 26, 2021. Upon reinstatement, if an

order requiring appellant to pay costs has not been signed, appellant will be entitled to proceed without payment of costs associated with this appeal. *See id*. R. 145(a).

ORDER ENTERED February 24, 2021.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.